[No. 44246-5-I.    Division One.    August 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 98-1-08136-4, Janice Niemi, J., entered February 23, 1999. *Remanded* by unpublished per curiam opinion.

[No. 16404-7-III.    Division Three.    August 31, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES GARRETT KELTY, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 95-1-00381-5, Yancey Reser, J., entered December 19, 1996. *Remanded* by unpublished opinion per Kato, J., concurred in by Sweeney and Brown, JJ.

[No. 17483-2-III.    Division Three.    August 31, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH WAYNE GUDDE, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 97-1-00822-3, Evan E. Sperline, J., entered April 28, 1998. *Affirmed* by unpublished opinion per Kurtz, A.C.J., concurred in by Sweeney and Kato, JJ.

[No. 17611-8-III.    Division Three.    August 31, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN JAMES HARTZ, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-00828-1, Greg D. Sypolt, J., entered July 2, 1998. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Kurtz, JJ.